USDC SCAN INDEX SHEET

















LLS   6/24/98   14:22
3:98-CV-01016   PR NUTRITION INC V. POWERBAR INC
*1*
*CMP.*

1 │ Stephanie Sontag, Bar No. 109701
    │ PROCOPIO, CORY, HARGREAVES
2 │   & SAVITCH LLP
    │ 530 B Street, Suite 2100
3 │ San Diego, California  92101
    │ Telephone:  (619) 238-1900
4 │
5 │ Attorneys for Plaintiff, PR*NUTRITION, INC.
6 │
7 │

FILED

98 JUN -1 AM 10: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

8 │            UNITED STATES DISTRICT COURT

9 │            SOUTHERN DISTRICT OF CALIFORNIA

10 │ PR*NUTRITION, INC., a California      )   CASE NO. 98 CV 1016 R   (JFS)
    │ corporation,                         )
11 │                                       )   COMPLAINT FOR DECLARATORY
    │                   Plaintiff,          )   RELIEF, FALSE ADVERTISING
12 │                                       )   AND UNFAIR COMPETITION
    │      v.                               )
13 │                                       )   JURY TRIAL DEMANDED
    │ POWERBAR INC., a California           )
14 │ corporation,                          )
    │                                       )
15 │                   Defendant.           )
    │ _____)
16 │

17 │      Plaintiff, PR*NUTRITION, INC. alleges as follows:

18 │            PRELIMINARY STATEMENT AND RELIEF REQUESTED

19 │      1.   Both Plaintiff PR*NUTRITION, INC. and Defendant POWERBAR

20 │ INC. are engaged in the sale of energy bars to a market largely

21 │ consisting of athletes and other persons with an active lifestyle.

22 │ Although defendant POWERBAR preceded PR*NUTRITION in the energy bar

23 │ market, after PR*NUTRITION entered the market it consistently

24 │ increased sales and its market position vis a vis its competitors.

25 │      2.   While PR*NUTRITION prospered as competition in the energy

26 │ bar market increased, POWERBAR did not.  In an effort to bolster its

27 │ flagging sales, POWERBAR INC. devised a two prong attack.  First it

28 │ disparaged the 40/30/30 concept used in PR*NUTRITION's product while,

999999 9010411123689 1

1   at the same time, it made false claims about the attributes of its

2   own energy bar.   Second, Defendant threatened PR*NUTRITION with

3   litigation if it did not withdraw and/or change its advertising.

4        3.   As a result of POWERBAR's false and unfair advertising and

5   threats of litigation, Plaintiff requests a declaration that its

6   advertisements are not misleading and do not violate either federal

7   or state law.   In addition, in order to prevent Defendant from

8   competing unfairly with Plaintiff, PR*NUTRITION, INC. asks this Court

9   to enjoin Defendant from its ongoing campaign of misinformation and

10  deception involving the value of its own product and Plaintiff's

11  concept and to award Plaintiff its damages resulting from Defendant's

12  wrongful actions.

13                        JURISDICTION AND VENUE

14       4.   This Court has jurisdiction over the matters alleged herein

15  pursuant to Sections 39 and 43(a) of the Lanham Act, Title 15,

16  U.S.C. Sections 1121 and 1125(a), pursuant to Title 28 U.S.C.

17  Sections 1331, 1337 and the principles of pendent jurisdiction.

18       5.   In addition, this Court has jurisdiction because Plaintiff

19  seeks, inter alia, a judgment pursuant to Rule 57 of the Federal

20  Rules of Civil Procedure and 28 U.S.C. Sections 2202 and 2206,

21  declaring that Plaintiff's advertisements are not in any way false

22  or misleading.

23       6.   Venue is proper in the Southern District of California

24  pursuant to Section 1391 Subdivision (a) of Title 28 of the United

25  States Code by virtue of the fact that Plaintiff PR*NUTRITION is a

26  corporation which maintains its principal place of business in the

27  County of San Diego, State of California, and Defendant POWERBAR INC.

28  is doing business in the County of San Diego, including the

1  distribution and sale of products through advertising and

2  publications, all of which give rise to the matters which are the

3  subject of this complaint.

#### THE PARTIES

5  7.   Plaintiff PR*NUTRITION is, and at all times herein

6  mentioned was, a corporation organized and existing under the laws

7  of the State of California, with its principal place of business in

8  the County of San Diego and within the jurisdiction of the Southern

9  District of California.

10  8.   Defendant POWERBAR is, and at all times herein mentioned

11  was, a corporation organized and existing under the laws of the State

12  of California doing business throughout the United States, the State

13  of California, the County of San Diego and within the jurisdiction

14  of the Southern District of California.

#### GENERAL ALLEGATIONS

16  9.   Plaintiff PR*NUTRITION, INC. developed and sells two energy

17  bars: the PR*Bar and the PR*Ironman Triathlon Bar®.  Both the PR*Bar

18  and the PR*Ironman Triathlon Bar® are based on a nutritional ratio

19  of 40% calories from carbohydrates, 30% from proteins and 30% from

20  fat.

21  10.   The PR*Bar comes with a personalized nutrition program, the

22  FASTBURN® Program, with which the purchaser is provided not only the

23  PR*Bars, but a meal plan, a nutrition guide with recipes, and a

24  glycemic index.  The merchandising of both the PR*Bar and PR*Ironman

25  Triathlon Bar® is targeted towards athletes and those persons with

26  an active lifestyle.

27  11.   The PowerBar® energy bar is based on a high carbohydrate,

28  low fat concept with 75% of its calories derived from carbohydrates

1  and approximately 8% from fat.  On information and belief, POWERBAR
2  was one of the first companies to sell an energy bar of the type sold
3  by the parties and Plaintiff is informed and believes POWERBAR's
4  sales have dropped as Plaintiff and others have moved into the energy
5  bar market with alternative products.

6       12.  As its sales dropped, POWERBAR began a campaign to
7  discredit the concepts used by competitors whose products contained
8  a more balanced 40/30/30 nutritional approach, rather than the high
9  carbohydrate, low fat diet on which PowerBar® is premised.
10 POWERBAR's campaigns include advertisements claiming that higher
11 protein diets are "fads," "can leave your muscles unfueled" that
12 "high-protein diets have been associated with heart disease, colon
13 and prostate cancer, osteoporoses and kidney disease" and claims that
14 an "educated examination" of the 40/30/30 concept shows it to be
15 "misguided" and "inadequate in some major nutrients."

16      13.  In addition to its own misleading advertising efforts aimed
17 at the 40/30/30 concept and, therefore, at least indirectly at
18 Plaintiff's product, POWERBAR has notified Plaintiff that it claims
19 that Plaintiff's advertisements are misleading, and confusing, in
20 violation of federal and state law and that it will initiate
21 litigation for damages and injunctive relief.  PR*NUTRITION, INC.
22 denies POWERBAR INC.'s accusations.

23                     FIRST CAUSE OF ACTION
24                      (Declaratory Relief)

25      14.  Plaintiff incorporates by this reference paragraphs 1
26 through 13 of the Complaint as though fully set forth herein.

27      15.  An actual controversy has arisen and now exists between
28 Plaintiff PR*NUTRITION, INC. and Defendant POWERBAR INC. concerning

1   the advertisements attached hereto as Exhibit 1.  Plaintiff contends

2   that the advertisements are truthful, accurate and are not in any way

3   misleading.   Plaintiff is informed and believes and based thereon

4   alleges that Defendant disputes these contentions and alleges the

5   advertisements are in some way false and misleading.

6        16.  Plaintiff desires the judicial determination of its rights

7   and duties in a declaration as to whether or not the advertisements

8   are in any way false and misleading or in any way violate any state

9   or federal law including, but not limited to, Section 43(a) of the

10  Lanham Act.

11       17.  A judicial declaration is necessary and appropriate in

12  order that Plaintiff may ascertain its rights, duties and obligations

13  with respect to its advertising campaign without threat of litigation

14  and the expenditure of unnecessary funds as a result of the threats

15  of its competitor, POWERBAR.

16                        SECOND CAUSE OF ACTION

17             (False Advertising and Violation of Lanham Act)

18       18.  Plaintiff incorporates by this reference paragraphs 1

19  through 17 of the Complaint as though fully set forth herein.

20       19.  POWERBAR INC. has distributed in inter-state commerce

21  advertisements  containing  materially  false  and/or  misleading

22  statements and omissions of fact regarding its own product.  Examples

23  of the false and/or misleading advertisements are contained in

24  Exhibit 2 attached hereto and incorporated herein by this reference.

25       20.  The materially false and/or misleading statements and

26  omissions of fact contained in Defendant's advertisements include,

27  but are not limited to, the following:

28

A. In one advertisement, Defendant represents that its PowerBar® is "the most complete source of longlasting energy," its contents "help your body rebuild tissues" and "satisfies hunger for hours" all of which, Plaintiff is informed and believes, constitute unsubstantiated, false and/or misleading statements.

B. Defendant represents that a PowerBar® provides "complete nutrition" which, upon information and belief, is also false and/or misleading to a significant portion of consumers.

C. In its advertisements, Defendant claims that it's energy bar is "the ultimate source of lasting energy", that the bar is "a nutritious source of long lasting energy", that PowerBars® "are based on the nutrition needs of athletes and active consumers", and that PowerBar® energy bars "supply complete nutrients essential for sustained endurance" all of which, on information and belief, are false and/or misleading to a significant portion of consumers.

21. In its advertisements and brochures, POWERBAR also makes the following claims: "POWERBAR gives you everything you need for optimum performance", "POWERBAR contains all the nutrients a body needs to perform at its best", "fat consumption, rather than overeating, is the main cause of obesity", "that the POWERBAR provides balanced nutrition for Lasting Energy" and "Carbohydrates won't make you fat" all of which, on information and belief, are claims that are false and /or misleading and/or made without adequate substantiation and which mislead a significant portion of consumers.

22. POWERBAR has disseminated and is disseminating the advertisements containing false and/or misleading statements in inter-state commerce and omissions of fact and, upon information and belief, the advertisements are being disseminated for the purpose of

1  deceiving consumers into purchasing Defendant's product, rather than

2  the products produced by Plaintiff and, as a result, Plaintiff has

3  suffered economic and irreparable damage.

4      23.  Defendant's false and/or misleading statements and

5  omissions of fact violate Section 43(a) of the Lanham Act, 15

6  U.S.C. Section 1125(a).

7      24.  Plaintiff is entitled to monetary and injunctive relief as

8  a result of Defendant's wrongful conduct.

9  THIRD CAUSE OF ACTION

10 (Violation of California Business and Professions<br>Code Section 17200, et seq.)

11

12     25.  Plaintiff incorporates by this reference paragraphs 1

13 through 24 of the Complaint as though fully set forth herein.

14     26.  Defendant has made unfair, deceptive, untrue and misleading

15 claims in its advertisements concerning the characteristics and

16 quality of its energy bars.

17     27.  As a result of the misstatements contained in Defendant's

18 advertisements, reasonable consumers have and continue to be misled.

19     28.  The misstatements constitute unfair competition within the

20 meaning of California Business and Professions Code Section 17200.

21     29.  If Defendant is not enjoined from these practices,

22 consumers are likely to continue to be deceived and Plaintiff will

23 suffer immediate and continuing irreparable harm to its current and

24 prospective business relationships, market share, good will and

25 reputation.

26     30.  Plaintiff is without an adequate remedy in law to prevent

27 the acts of Defendant or the likely harm that Plaintiff will suffer

28 if Defendant's acts are not enjoined.  In addition, as a result of

1  Defendant's unlawful conduct, Defendant has been unjustly enriched

2  and received elicit gains.  Therefore, Plaintiff requests that the

3  Court enjoin Defendant from continuing its wrongful acts and order

4  that Defendant disgorge all revenues received as a result of its

5  improper conduct and misleading claims.

6                        FOURTH CAUSE OF ACTION

7            (Violation of California Business and Professions Code
                          Section 17500, et seq.)
8

9       31.  Plaintiff incorporates by this reference the allegations

10  of paragraphs 1 through 30 of the Complaint as though fully set forth

11  herein.

12      32.  Defendant's statements and advertisements as more fully set

13  forth herein are untrue and misleading and constitute a violation of

14  California Business and Professions Code Section 17500.

15      33.  Plaintiff is without an adequate remedy in law to prevent

16  the acts of Defendant or the likely harm that Plaintiff will suffer

17  if Defendant's acts are not enjoined.  In addition, as a result of

18  Defendant's unlawful conduct, Defendant has been unjustly enriched

19  and received elicit gains.  Therefore, Plaintiff requests that the

20  Court enjoin Defendant from continuing its wrongful acts and order

21  that Defendant disgorge all revenues received as a result of its

22  improper conduct and misleading claims.

23                        FIFTH CAUSE OF ACTION

24            (Violation of California Business and Professions
                          Code Section 17508)
25

26      34.  Plaintiff incorporates by this reference the allegations

27  of paragraphs 1 through 33 of the Complaint as though fully set forth

28  herein.

35.   The advertisements as set forth herein contain false or misleading claims that purport to be based on factual, objective or clinical evidence and contain unfounded comparisons between Defendant's and, indirectly, Plaintiff's products all in violation of Business and Professions Code Section 17508.

36.   Plaintiff is without an adequate remedy in law to prevent the acts of Defendant or the likely harm that Plaintiff will suffer if Defendant's acts are not enjoined.   In addition, as a result of Defendant's unlawful conduct, Defendant has been unjustly enriched and received elicit gains.   Therefore, Plaintiff requests that the Court enjoin Defendant from continuing its wrongful acts and order that Defendant disgorge all revenues received as a result of its improper conduct and misleading claims.

WHEREFORE, Plaintiff PR*NUTRITION, INC. respectfully requests the following:

1.   A Declaration that PR*NUTRITION, INC.'s advertisements are not misleading and do not violate Section 43(a) of the Lanham Act or any relevant portions of California state law;

2.   A preliminary and permanent injunction restraining Defendant and its agents and employees and all others in active concert or participation with Defendant from further use and dissemination of the advertisements attached hereto as Exhibit 2 and all other advertisements and promotions containing similar, false and/or misleading claims;

3.   An order that Defendant shall: (a) disseminate corrective notices and/or advertisements, as the Court deems appropriate, to all persons who have received Defendant's false and misleading advertisements; (b) account for and pay to PR*NUTRITION, INC. all

1   profits wrongfully derived by Defendant by its false and misleading

2   advertisement and that such damages be trebled in accordance with 15

3   U.S.C. Section 1117;

4       4.   For Defendant to pay such damages that have been suffered

5   by PR*NUTRITION, INC. and that such damages be trebled in accordance

6   with 15 U.S.C. Section 1117;

7       5.   For Defendant to pay the costs of this action together with

8   Plaintiff's   reasonable   attorneys'   fees   and   disbursements   in

9   accordance with 15 U.S.C. Section 1117;

10      6.   For Defendant to file with this Court and serve on

11  PR*NUTRITION, INC. a report in writing under oath setting forth in

12  detail the manner and form in which Defendant has complied with the

13  terms of any injunction entered by this Court in accordance with 15

14  U.S.C. Section 1116;

15      7.   For such other and further relief as this Court deems just

16  and proper.

17  DATED: _May 31, 1998_          PROCOPIO, CORY, HARGREAVES
                                   & SAVITCH LLP
18

19                                 By _____
20                                   Stephanie Sontag
                                     Attorneys for Plaintiff
21                                   PR*NUTRITION, INC.

22

23

24

25

26

27

28

EXHIBIT 1

# PR*Success Story

*"I lost 8 pounds of body fat' in just twelve weeks with the help of the PR*Bar and FASTBURN Nutrition Program. The added protein in my diet really makes a difference. I have more energy, and I am never hungry."*

*Baker* —Sharon Baker
Sydney, Australia

You eat a high-carbohydrate, low-fat diet and spend hours working out, but you still aren't getting the results you want. Have you ever wondered why?

Pasta, bagels, and rice cakes contain little or no fat, but they may be the cause of your frustration and lack of results.

The PR*Bar* and FASTBURN* Nutrition Program offer an alternative to the high-carbohydrate, low-fat diet for losing body fat and improving your energy. The key to losing those unwanted pounds is to be able to access your fat stores. And that's just what the PR*Bar* and FASTBURN* Nutrition Program are designed to do. Together they may help you burn stored body fat by moderating carbohydrate intake.



The Perfect Ratio* of calories from carbohydrates, proteins, and fats in the PR*Bar* and FASTBURN* Nutrition Program may give you a leaner look and may provide more endurance and energy.

Whether your goal is to lose excess body fat or to improve your energy, give PR*Nutrition a call. Our knowledgeable staff is ready to help.

# 1-800-397-5556
# Perfect Ratio®
## 40/30/30 nutrition



# If you didn't know it was a nutrition bar you'd swear it was candy.

Healthy. Fit. Strong. You want to look good and feel good. And you're willing to work to do it. So you exercise. You also know you need to eat right to help you burn fat. The PR*IRONMAN Triathlon® Bar in great-tasting flavors like Chocolate Chunk, Cookie Dough, and Creamy Peanut, is just what you're looking for. The 40-30-30 Perfect Ratio® of carbohydrates, proteins, and fats will help your body burn fat and sustain energy while you work out.

## Work out.

## Burn the fat.

**PR*IRONMAN** CHOCOLATE CHUNK
40 • 30 • 30™ NUTRITION BAR   *Triathlon*

For results, you must include an exercise program along with the PR*IRONMAN Triathlon® Bar as part of a balanced diet. Made in the U.S.A. ©1998 PR* Nutrition, Inc., 5875 Oberlin Drive, Suite 200, San Diego, CA 92121.

For more information call 1-619-658-0100. Perfect Ratio is a registered trademark of PR* Nutrition, Inc. The PR* dot and IRONMAN Triathlon are registered trademarks of World Triathlon Corporation, used here by permission.

# BURN IT OFF!

## PR Success Story

*"After losing 12 pounds of body fat with the PR*Bar and FASTBURN Nutrition Program, I've been able to run longer and faster."*

—Paul Thomas
Tucson, Arizona

You eat a high-carbohydrate, low-fat diet and spend hours working out, but you still aren't getting the results you want. Have you ever wondered why?

Pasta, bagels, and rice cakes contain little or no fat, but they may be the cause of your frustration and lack of results.

The PR*Bar[1] and FASTBURN[2] Nutrition Program offer an alternative to the high-carbohydrate, low-fat diet for losing body fat and improving your energy. The key to losing those unwanted pounds is to be able to access your fat stores. And that's just what the PR*Bar[2] and FASTBURN[2] Nutrition Program are designed to do. Together they will help you burn stored body fat by moderating carbohydrate intake.



The Perfect Ratio[1] of calories from carbohydrates, proteins, and fats in the PR*Bar[2] and FASTBURN[2] Nutrition Program will give you a leaner look and will provide more endurance and energy.

Whether your goal is to lose excess body fat or to improve your energy, give PR*Nutrition a call. Our knowledgeable staff is ready to help.

# 1-800-397-5556
# Perfect Ratio®
# 40/30/30 nutrition

The PR*Bar is not available in stores.

Results may vary. You may lose more or less body fat than listed above.
*PR*Bar and FASTBURN are registered trademarks of PR*Nutrition, Inc. San Diego, CA*
*PR*Bar, Perfect Ratio and FASTBURN are registered trademarks of PR*Nutrition, Inc. Made in USA  1998 PR*Nutrition*

# PR*Success Story

*"With the PR\*Bar and FASTBURN Nutrition Program I lost 8 pounds of body fat' in just twelve weeks. I changed only my nutritional program— my training stayed the same."*

—Valerie Taylor-Johnson
San Luis Obispo, California

You eat a high-carbohydrate, low-fat diet and spend hours working out, but you still aren't getting the results you want. Have you ever wondered why?

Pasta, bagels, and rice cakes contain little or no fat, but they may be the cause of your frustration and lack of results.

The PR*Bar' and FASTBURN' Nutrition Program offer an alternative to the high-carbohydrate, low-fat diet for losing body fat and improving your energy. The key to losing those unwanted pounds is to be able to access your fat stores. And that's just what the PR*Bar and FASTBURN' Nutrition Program are designed to do. Together they will help you burn stored body fat by moderating carbohydrate intake.



The Perfect Ratio' of calories from carbohydrates, proteins, and fats in the PR*Bar' and FASTBURN' Nutrition Program will give you a leaner look and may provide more endurance and energy.

Whether your goal is to lose excess body fat or to improve your energy, give PR*Nutrition a call. Our knowledgeable staff is ready to help.

# 1-800-397-5556
# Perfect Ratio®
## 40/30/30 nutrition

# PR*Success Story

*"At age 39, burning body fat became much harder than it was at age 30. Thanks to the PR*Bar and FASTBURN* Nutrition Program I was able to lose 9 pounds of body fat* in just twelve weeks!"*

—Karen Turk
Crown Point, California

You eat a high-carbohydrate, low-fat diet and spend hours working out, but you still aren't getting the results you want. Have you ever wondered why?

Pasta, bagels, and rice cakes contain little or no fat, but they may be the cause of your frustration and lack of results.

The PR*Bar* and FASTBURN* Nutrition Program offer an alternative to the high-carbohydrate, low-fat diet for losing body fat and improving your energy. The key to losing those unwanted pounds is to be able to access your fat stores. And that's just what the PR*Bar* and FASTBURN* Nutrition Program are designed to do. Together they may help you burn stored body fat by moderating carbohydrate intake.



The Perfect Ratio* of calories from carbohydrates, proteins, and fats in the PR*Bar* and FASTBURN* Nutrition Program may give you a leaner look and may provide more endurance and energy.

Whether your goal is to lose excess body fat or to improve your energy, give PR*Nutrition a call. Our knowledgeable staff is ready to help.

# 1-800-397-5556
# Perfect Ratio®
# 40/30/30 nutrition

*The PR*Bar is not available in stores*

*Results may vary. You may lose more or less body fat than indicated here.*



EXHIBIT 2



**PowerBar Products Provide Nutritious Energy For Every Energy Occasion**

**PowerBar**

**PowerBar Performance Energy Bar**

The ultimate source of lasting energy

**PowerGel Energy Gel**

Fast Fuel



# The PowerBar® Advantage

**PowerBar Harvest**

Energy for life's daily marathons



**PowerBar**

POWERBAR INC.
2150 SHATTUCK AVE.
BERKELEY, CA 94704
800-58-POWER
WWW.POWERBAR.COM

Balanced Nutrition  Lasting Energy

## The PowerBar Advantage

A healthy balance of carbs, protein and low fat . . .



| | PowerBar | PowerBar Harvest | Clif™ | Balance® |
|---|---|---|---|---|
| | Chocolate | Chocolate | Chocolate Chip / Chocolate Chip Peanut Crunch | (40/30/30) Chocolate |
| **Serving Size/ Calories** | 65 grams/ 230 Cal. | 65 grams/ 240 Cal. | 68 grams/ 250 Cal. | 50 grams/ 180 Cal. |
| **Carbohydrates** Look for more Complex* carbs than Simple** | 45 grams 14g sugar** 31g complex | 45 grams 16g sugar** 29g complex | 51 grams 40 grams 15g 13g sugar** 36g 27g complex Varies between flavors | 22 grams 17g sugar** 5g complex 5 sources of sugar Very few "energy providing" carbs |
| **Protein** Look for 12-20% of Calories from protein | 10 grams High quality milk protein (lactose removed) % calories from protein 17% | 7 grams High quality soy protein % calories from protein 12% | 4 grams 12 grams Varies drastically between the flavors % calories from protein 6% 19% | 14 grams Higher % of protein means less readily available energy % calories from protein 31% |
| **Fat** Look for low-fat and no fat added | 2 grams Naturally occurring from grains and nuts % calories from fat 8% | 4 grams Naturally occurring from whole grains and nuts % calories from fat 15% | 3 grams 6 grams As much fat as Hershey's Sweet Escapes™ % calories from fat 11% 22% | 6 grams Added tropical oils Fat takes longer to digest and turn into energy % calories from fat 28% |
| **Vitamin/ Minerals** Look for the fortification needed for health and energy | 100% RDA of 10 essential vitamins, including antioxidants C & E Contains 9 minerals | 50% RDA of 7 essential vitamins, including 100% of antioxidants C & E Contains 5 minerals | Minimal amounts of vitamins and minerals Nutritional profile comparable to that of a graham cracker | 100% RDA of C and E only |
| **Manufacturing** | Proprietary, made in USA | Proprietary, made in USA | Co-Packer | Co-Packer |

\* Complex carbohydrates provide sustained energy
\*\* Simple carbohydrates are also known as sugar

Hershey's Sweet Escapes™ is a registered trademark of Hershey Foods Corporation.

. . . full of energy related vitamins & minerals



Source: Nutrition facts panel from Clif Bar, a trademark of Kali's Sportsnaturals, Inc. and Balance, a trademark of Bio-foods, Inc. Label and nutrition information reflects product available at retail on 9-8-97

**PowerBar Energy Products Deliver Balanced Nutrition and Lasting Energy**



# Power on Demand

# PowerGel™

**1 Metabolizes Quickly**
When you need it most, PowerGel™ quickly metabolizes into an energy burst that lasts up to 45 minutes.

**2 Contains Complex Carbs**
Made from 80% complex carbohydrates, PowerGel™ virtually eliminates the crash or low associated with simple sugars.

**3 Easy to Digest**
Formulated for easy digestion and fast absorption—110 calories of pure carbohydrates with no fat or protein.

**4 Packaging that's a Neck Ahead**
The specially designed long-neck package is engineered to blast PowerGel™ into your mouth quickly during high-performance activities—just rip off the top, put the neck to your mouth, grip and squeeze.

## 3 Great Flavors
vanilla
lemon lime
strawberry banana

**5 The H2O Factor**
Hydration is critical to optimum performance. The intake of carbohydrates requires water for absorption. Drink a few mouthfuls of water when you use PowerGel™ to get the fast blast you need.

**6 Performance Diet**
Use PowerGel™ to enhance your regular training diet and energy bar regimen.

Serious athletes demand different forms of energy—PowerBar® energy bars to supply complete nutrients essential for sustained endurance, and PowerGel™ energy gels to deliver quick energy.



## Need more info?
Call 1-800-58-POWER
In Canada: Call 1-800-500-5634
Visit our website to WWW.powergel.com
and become a PowerUser.

# Formulated for Performance

- **Carbohydrates** are the source of energy most available to your body during exercise. Both complex (maltodextrin from corn starch) and simple (fructose, commonly known as fruit sugar)...

- **Potassium and Sodium** are electrolytes, the primary regulators of body fluid volume.

- **Antioxidant Vitamins C & E** help protect against the increased levels of free radicals produced during exercise.

- **Branched-chain Amino Acids** (Valine, Leucine, and Isoleucine) are utilized during intense activity and can help maintain & preserve muscle tissue.

- The **Sodium Blend** of Thiamine, Kola Nut and Caffeine are naturally occurring stimulants that some athletes use to improve performance (Only added in Strawberry Banana Flavor).

All of these ingredients contribute to providing fast fuel during intense athletic activity.

Want more info on what your body needs for optimum athletic performance? Call for a free nutrition guide!

## Nutrition Facts
Serving Size  1 Package (41g)
Servings Per Serving

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 110 | |
| Total Fat 0g | | 0% |
| Sodium 50mg | | 2% |
| Potassium 40mg | | 1% |
| Total Carbohydrate 25g | | 9% |
| Sugars 5g | | |
| Protein 0g | | |
| Vitamin C 15% • Vitamin E 15% | | |
| Caffeine 25mg (Strawberry Banana only) | | |

# Untangling Nutrition Claims

**Seven Facts About Performance Diets**



or years you heard that a high-carbohydrate diet is the best fuel for athletes and the healthiest diet for everyone. Now a diet described in the book *Enter the Zone* by Barry Sears, Ph.D. suggests a ratio of 40% carbohydrates, 30% protein and 30% fat to "burn fat faster." If you're confused about which nutrition advice is best, you're in good company. Here's some help deciphering sense and nonsense in sports nutrition.

## More isn't always better

You already know that health experts recommend no more than 30% of your calories come from fat. But did you know that experts recommend just 10-15% of your calories come from protein? Studies have found that active people need at most 1-1.8 grams protein for each kilogram (2.2 pounds) of body weight. That's not a lot. In fact, most people usually eat more than that, even if they follow diets that are light on meat.[1] Adding more protein is simply not necessary. It fills your stomach, but can leave your muscles unfueled.

On the other hand, athletes need a quick source of energy during an event and carbohydrates are the best source of this



## Fuel for performance

Scientific studies have shown repeatedly that eating a diet high in carbohydrates before and during exercise improves performance.

Carbohydrates stored as glycogen in the muscles are tapped during aerobic exercise. In order to maintain good performance during lengthy events, one has to start with a lot of carbohydrates stored in their muscles. That is the goal of "carbohydrate loading" on foods like pasta, rice, cereal and bread starting about 3 to 4 days before an event. During long events, easily digested carbohydrates provide a boost of energy as glycogen supplies get exhausted.

energy. Most experts recommend at least 50-60% of calories supplied by carbohydrates for people with average or sedentary activity levels. Many elite athletes consume up to 70% of calories as carbohydrates, especially in the days leading up to an event. Forty percent of calories from carbohydrates, as recommended in the "zone" diet, can cut you short of the energy you need.

## Carbohydrates won't make you fat

The claim that carbohydrates can make you fat is based on misguided interpretations of the role of insulin, a hormone that helps shuttle sugar from the blood to body tissues. The "zone" diet claims that a high-carbohydrate diet promotes insulin resistance, a state where tissue cells are not receptive to insulin,

## References and Recommended Reading

[1] "Should You Be Eating More Protein—or Less?" *University of California Berkeley Wellness Letter*, June 1996, pages 4-5.

[2] William Evans, Ph.D., quoted in "Entering a High-Protein Twilight Zone," *Tufts University Diet & Nutrition Letter*, May 1996, page 4.

[3] Ellen J. Coleman, "The BioZone Nutrition System: A Dietary Panacea?" *International Journal of Sport Nutrition*, vol. 6, 1996, pages 69-71.

[4] Alan Tichenal and Joda Derrickson, "To Zone or Not to Zone," *Food and Nutrition News*, Univ. of Hawaii, vol. 1, no. 6, June 1996.

[5] Bonnie Liebman, "Carbo-Phobia: Zoning Out on the New Diet Books," *Nutrition Action Healthletter*, July/August 1996.

[6] Owen Anderson, "Low-Fat, High-Carbohydrate Diets are Assaulted Again: Should You Try to Adopt a 'Zone-Favorable' Diet?" *Running Research News*, vol. 12, no. 3, April 1996, pages 1, 4-7.

[7] *Running & FitNews*, "The Higher Fat 40/30/30 Diet Fad," vol. 14, no. 8, August 1996, page 1.



**PowerBar.**

*Fuel For Optimum Performance.®*

REVIEWED BY
NANCY CLARK, M.S., RD
DIRECTOR OF NUTRITIONAL SERVICES

hence blood sugar gets stored as fat. In reality, insulin resistance is a condition that is found mostly in overweight, sedentary people. The best solution for insulin resistance is to follow a balanced weight-reducing diet and exercise regularly.

That said, it should be emphasized that eating too much of anything can result in excess calories stored as fat. The key to maintaining a good weight is simply balancing energy in with energy out.

## The bottom line: 40/30/30 doesn't have legs

In fact, it has a lot of nonsense. A panel of experts who have reviewed the diet concludes:

- The main premise of the diet is based on "unfounded ideas"[2] and "an appalling over-simplification of complex physiological processes."[3]

- The high amount of protein recommended by the diet goes against scientific research on protein needs.[1-5] For example, a 150-pound athlete who eats 3000 calories per day would be getting about 3 grams of protein per kilogram body weight, based on a 30% protein diet. This is double the recommended intake. Too much protein may not harm you, but high-protein diets have been associated with heart disease, colon and prostate cancer, osteoporosis and kidney disease. The diet could be harmful for people with diabetes, renal

disease or other conditions requiring special diet needs.

- Eating more fat does not help you burn fat better. But excess calories from fat can easily make you fatter.[6,7] A load of fat just before or during an event may settle poorly and cause cramps or nausea.

- Following the menu plans recommended in *Enter the Zone* will result in weight loss only because they are very low in calories. Experts stress that the plans are too low in calories to provide the energy needed by most athletes.

- None of the research that supposedly supports the 40/30/30 diet has been published in respected journals. "The Zone . . . abounds with unproved claims based on case histories, testimonials and unpublished, poorly controlled studies."[3]

## Some diet advice is from the twilight zone



*Enter the Zone* joins other diet books with bad advice written by people with impressive degrees. Alas, it seems that for every Ph.D. there is an equal and opposite Ph.D. Some of the confusion is inevitable because nutrition is still a relatively young and developing science. So how do you know if a "new breakthrough" is worth your time?

Look for more than a grain of truth in the reasoning; any diet worth its salt should agree with the weight of scientific evidence.

- Don't accept testimonials in place of well-conducted, repeated studies that are published in respected journals. Anecdotes are not science.

- If a diet or product promises quick weight loss, run the other way (sound weight loss programs aim for losing no more than 1 or 2 pounds per week).

- If the claims for improved performance sound too good to be true, they probably are too good to be true.

## Putting it altogether: eating for performance

Here's an ideal eating schedule for optimal performance. The most important prescription is to keep enjoying food. Eat foods that you like and with which you are comfortable.

**In the week leading up to an event:**
Eat a well-balanced diet that has lots of complex carbohydrates, moderate amounts of protein and is low in fat. This can be met easily by meals and snacks that load on breads, cereals, rice, pasta, fruits and vegetables. Use low-fat milk and dairy products (or other good sources of calcium) and moderate amounts of lean meats, skinless poultry, fish or vegetarian alternatives to round out your diet. Drink plenty of fluids the day before your event to keep you well hydrated.

**One or two hours before the event:**
Eat or drink something that is quickly digested and provides carbohydrates to "top off" energy stores. Some good choices can include a high-carbohydrate energy bar, a bowl of oatmeal or a banana.

**During the event:**
Sip fluids to avoid dehydration. Long activities will require boosts of fluids and energy from fruits like bananas, pieces of high-carbohydrate energy bars or energy gels.

**Immediately after an event:**
Drink lots of water, juice or sports drinks. Replenish your energy stores with snacks and meals high in complex carbohydrates.



## Information is for the asking

For more information on the 40/30/30 diet, read the reviews published in the respected nutrition sources listed on the back panel. *Nancy Clark's Nutrition Guidebook, Second Edition* (1996) can teach you how to find the right balance of carbohydrates, protein and fat in your sports diet. It can be ordered from New England Sports Publications, P.O. Box 252, Boston, MA 02113 ($19.00). *The PowerBar Nutrition Guide* is another excellent source of sports nutrition information and can be obtained free of charge by calling 1-800-58-POWER.





**News From PowerBar.**

For Immediate Release
March 28, 1997
97-4

## POWERBAR® WILL PRESENT ITS FIRST OUTDOOR RECREATIONAL GRANT TO SKYLINE PARK AT NAPA VALLEY MOUNTAIN BIKE WORLD CUP

BERKELEY, CA -- PowerBar® announced today that it will present a $10,000 grant to Skyline Park in Napa Valley, California to upgrade the water system. The grant will be presented at the Napa Valley Mountain Bike World Cup in Skyline Park, April 6, 1:00 p.m., prior to the professional men's cross country race.



The improvements will allow Skyline Park to better serve hikers, runners, mountain bikers, horseback riders and provide assistance in case of a fire. Construction of the upgraded water system is to be completed by the end of summer.

The grant announcement kicks off PowerBar®'s Direct Impact on Rivers and Trails (D.I.R.T.), a nationwide outdoor recreational grant program to support people and organizations that are directly working to preserve outdoor areas for recreational use. PowerBar® intends to assist in efforts to create, enhance and maintain access to important local recreational areas. Some of the efforts could include the support of citizen outreach for hearings on the use or preservation of land and rivers.

Brian and Jennifer Maxwell, co-founders of PowerBar®, balance their active lifestyles with trail runs and hikes with their children in the San Francisco Bay area. "Don't run out of trails before you run out of energy," said Brian Maxwell, president of PowerBar®. "PowerBar® wants to help protect, restore and preserve land and rivers for responsible, recreational enjoyment."

Proposals for grants should outline the specific need, campaign strategy, action steps and a brief description of the organization. Deadlines for the proposals are June 6 and September 26; grants will be awarded July 25 and November 14. Grants will range from $2,000 to $5,000. PowerBar® will not fund: film, video or book projects; campaigns for elected or appointed officials; research projects; large-scale national programs; and litigation on the national level. Applications are available at www.powerbar.com and at local outdoor retailers.

Former marathon champion and University of California at Berkeley track coach Brian Maxwell and his nutritionist wife Jennifer Maxwell spent three years developing the PowerBar® energy bar before starting to sell it as a mail order product in 1987. PowerBar® has become the sustained energy "fuel of choice" among the world's top athletes and has a wide following among active consumers as a low-fat, nutritious snack or light meal replacement.

-30-

For more information contact:
Scott Sowry, Corporate Communications Director
Phone 510.665.2480  Fax 510.704.7228
2150 Shattuck Avenue, Berkeley, CA 94704
**www.powerbar.com**





LASTING ENERGY



**Q&A**

**Q:** Why is balanced nutrition important to an active person?

**A:** Leading doctors and nutritionists agree that a low-fat, high carbohydrate, moderate protein diet with adequate vitamins and minerals is key to optimizing physical energy and mental performance.

**Q:** How does PowerBar® deliver balanced nutrition and lasting energy?

**A:** PowerBar® provides a nutritionally balanced blend of carbohydrates (from whole grains like oat bran and brown rice), protein, 17 vitamins and minerals, and only $2\frac{1}{2}$ grams of fat.

**Q:** When should I use PowerBar®?

**A:** Anytime you want energy: before, during, or after a workout; during a hectic day at work; after school; or to maintain your energy level during a busy day.

**OTHER ENERGY PRODUCTS FROM POWERBAR®**

**BITE SIZED ENERGY:** For convenient energy anytime, try PowerBite™ miniature energy bars. They're about one-third the size of a regular PowerBar® just a few bites worth and contain all the same nutrition ingredients.

**FAST ENERGY:** To quickly and conveniently deliver energy during intensive exercise, try PowerGel® energy gel. PowerGel® is fast fuel.

please recycle this brochure     (c) 1997 Powerfood Inc.

POWERFOOD, INC.
2150 SHATTUCK AVE.
BERKELEY, CA 94704
800-58-POWER
www.powerbar.com

"If you understand the connection between what you eat, your energy and your performance, PowerBar® is for you."
- BRIAN MAXWELL



**THE STORY**



While running a marathon, former Canadian Olympic team member Brian Maxwell lost his lead when he ran out of energy with a few miles to go. That experience prompted Brian and his future wife Jennifer, a nutritionist and avid runner, to create a low-fat, highly nutritious energy food.

They came up with a unique bar that contained the balance of carbohydrates, protein, fiber, vitamins and minerals needed for long-lasting energy.

The Maxwells tested their creation on their athletic friends, who began to ask for the bars for races and competitions. As the demand for the "powerful bars" grew, Brian and Jennifer knew they were on to something -- and PowerBar® was born.

Today, the company is still led by the Maxwells, and each bar is made to meet Brian and Jennifer's original goal: to give healthy, active people sustained energy to perform at their best.

PowerBar
Fuel for Optimum Performance™





# POWERBAR
## ENERGY SOURCE



LOW-FAT, HIGH NUTRITIOUS ENERGY FOOD

## PowerBar.

# BALANCED NUTRITION FOR HEALTHY LIVING

Nutritional experts recommend a low-fat, high-carbohydrate diet with moderate amounts of protein as a cornerstone of healthy, active living. Eating a well-balanced diet and maintaining a regular exercise routine are a powerful combination that can enhance your sense of well-being and improve physical and mental performance.

Maybe that's why top athletes and millions of healthy, active people have made PowerBar. energy bars a part of their routine. They know they can count on PowerBar. for sustained energy to help them perform at their best.

Why is PowerBar. the most complete source of long-lasting energy? Because it provides a balanced combination of healthy, nutritious ingredients. The basics of good nutrition and PowerBar. go hand in hand.

# IT'S EASY TO SEE HOW A POWERBAR. ENERGY BAR DELIVERS ENERGY:

> **Simple Carbohydrate For Quick Energy; Complex Carbohydrate To Keep You Going**

> **Protein For Building and Maintaining Muscle**

> **Low fat (less than 10% of calories)**

> **Vitamins & Minerals for efficient energy production**

**Percent of US RDA supplied by a PowerBar**

| | | | | | | |
|---|---|---|---|---|---|---|
| Calcium | 30% | | | | | |
| | 35% | | | | | |
| Antioxidant Vitamins C & E | | | | | | 100% |
| B-COMPLEX VITAMINS Thiamin, Riboflavin, Niacin, B6, B12, Folic Acid, Pantothenate & Biotin | | | | | | 100% |
| | 0 | 20 | 40 | 60 | 80 | 100 |

* PowerBar does not contain Vitamin A, which can be toxic when ingested in high doses

**CARBOHYDRATES** are your body's prime source of energy and come in two forms: simple (sugars that supply immediate energy) and complex (starches for lasting energy). PowerBar. contains fructose and glucose (from corn, grapes and pears) that provide quick energy, as well as complex carbs — maltodextrin (from corn), brown rice, and oat bran — to give your body sustained energy.

**PROTEINS** are vital for healthy muscles, skin, blood and organs. PowerBar. contains high quality milk protein to help your body rebuild tissues and aid in recovery after exercise or other activity.

**FATS** in small quantities aid in digestion, help transfer vitamins and are important for healthy skin, hair and joints. However, fats are not an ideal athletic fuel because they take more time and require more oxygen to be converted into usable energy. PowerBar. contains 2.5 grams of fat (less than 10% of total calories) which makes it an excellent low-fat energy source.

**VITAMINS** are essential for good health. PowerBar. delivers 100% of the U.S. RDA of ten essential vitamins, including E, and the B-complex group which, in particular, help your body break down and convert food into usable forms of energy.

**MINERALS** and electrolytes help regulate fluids, hormones, enzymes and vitamins, keep your bones and teeth hard and strong, and aid in the processes that turn food into energy. PowerBar. provides 30-35% of the U.S. RDA of essential minerals: calcium, iron, zinc and magnesium.

## HYDRATION IS AN IMPORTANT PART OF BALANCED NUTRITION.

To maintain hydration, try to drink at least 8 - 10 glasses of water a day — including a glass or two with your PowerBar for stronger hydration.

## POWERBAR. PROVIDES ENERGY YOU CAN USE ANYTIME

- Before exercise, for easily digestible, long-lasting energy to help get you through your workout.
- During or after a tough workout to replenish carbohydrate energy stores.

- As a convenient snack. PowerBar. satisfies hunger for hours and keeps you going during even the most hectic day.
- During a busy day at the office, before a big meeting, or as a study-break, anytime.





# POWERBAR STORY



## 🏃 RUNNING INTO A GREAT IDEA

For Brian Maxwell, coach of the distance running team at the University of California, Berkeley, running at the front of a major 1983 marathon seemed like business as usual. After all, he was a world-ranked competitor and had won 14 marathons in his career. But after leading the race by over a minute at the 20-mile mark, the four-time Canadian national champion developed stomach problems during the final miles and finished seventh.

The problem? Brian ran out of energy. Like many other competitive athletes, he was faced with the difficult choice of going without food for several hours before a race or running on a full stomach and risking digestive problems. To solve this dilemma, Brian began his quest for the ideal athletic energy food.



— Brian & Jennifer Maxwell

## 🚴 BEGINNING THE QUEST

Brian started by surveying the research literature on human performance nutrition with the help of a Berkeley Ph.D. chemist. Jennifer Biddulph, an accomplished runner studying nutrition & food science at U.C. Berkeley, joined the quest.

The trio determined that the ideal combination of nutrients for optimizing human performance is approximately 40 to 50% of calories from complex carbohydrates (starches), 30 to 40% simple carbohydrates (sugars), 15 to 20% protein and approximately 10% from fat.

They also identified 17 key vitamins and minerals that directly relate to energy metabolism and human performance. They set out to create a delicious tasting, easily digestible, conveniently packaged food that delivered all of these nutrients.

## 💪 THOSE "POWERFUL BARS"

Brian and Jennifer began experimenting in their Berkeley kitchen. They spent over three years creating and testing hundreds of different formulations, overcoming many obstacles. They learned that fat was a major component of most food bars because it is required as a lubricant for the machines that make the products. Thus they had to develop not only a recipe, but a manufacturing process for making a bar product without added fat. The only fat in the bars would naturally occur in the nutritious grains and other high quality ingredients.

As their recipe evolved, Brian and Jenny began asking their athletic friends, who were competing in tough events like the Hawaii Ironman Triathlon and the Western States 100-Mile Run, to try the bars. Noticeable improvements in performance were noted and the word spread in the athletic community. People began asking if they could buy "those powerful bars" for training and competition.



| CONCEPT BEGINS | CHOCOLATE & MALT NUT | WILD BERRY | APPLE CINNAMON | BANANA & MOCHA | PEANUT BUTTER & OATMEAL RAISIN | POWERGEL & POWERBITES |
|---|---|---|---|---|---|---|
| 1983 | 1986 | 1990 | 1993 | 1994 | 1996 | 1996 |



In 1986, Brian sought venture capital to finance manufacturing and marketing the bars. But after being turned down on all fronts, he started a company anyway, capitalized with his life savings. He chose the name, "PowerBar," while Jennifer perfected the first two flavors of the new product, Chocolate and Malt-Nut.

The business started slowly as Brian's entire nest egg went into manufacturing 35,000 PowerBar · energy bars. With no money for marketing, the couple sampled out of the trunk of their car to athletes at events all over California and sold bars by mail order out of their basement.

## GOOD NEWS TRAVELS FAST

Almost immediately, athletes raving about PowerBar caught the attention of national media. In the summer of 1987, a segment of the CBS coverage of the Tour de France bike race focused on this new energy food that was viewed as a "secret weapon" by the American racers in the tour. PowerBar · products began to appear by the cash register in bike shops across the nation. In 1988, Brian and Jennifer were married and both began working on the business full time.



The company grew substantially as excitement around PowerBar · spread into other sports like triathlon, tennis, swimming, skiing, golf, football and basketball. But competitive athletes weren't the only ones using PowerBar for energy. Word had spread that PowerBar · was not only a superior athletic fuel, but a delicious, nutritious source of long-lasting energy for all active people.

In 1993, consumer demand led to the construction of a brand new, state-of-the-art manufacturing facility in Boise, ID. Over the years, numerous competitors rushed out products to compete with PowerBar , but by listening to its customers and broadening its product line into new flavors, PowerBar · has remained the gold standard and category leader. Demand from athletes in other parts of the world has led to PowerBar · products now being available in over 30 countries.

## ADDITIONS TO THE FAMILY

The PowerBar · family now includes eight flavors of the basic bar. Two new products have also been introduced: an energy gel called PowerGel™, which provides a "fast blast" of energy during exercise, and PowerBite· miniature energy bars, which are one-third the size of a regular PowerBar .

## GRASSROOTS HERITAGE

PowerBar · now uses mainstream media to communicate to a broader market of consumers. However, the heart of the company's marketing remains the use of its products by many of the world's best athletes, and PowerBar's support of sports events through sponsorship. In 1997, PowerBar· will singly or jointly sponsor over 5,000 events worldwide in every sport in which its consumers participate. PowerBar · also supports organizations working to preserve outdoor recreational areas through its Direct Impact on Rivers and Trails (D.I.R.T.) grant program.

## COMMITMENT TO EXCELLENCE

Today, PowerBar · is still led by Brian and Jennifer Maxwell. They and their organization are committed to providing the world's best products, made from the finest ingredients. The focus remains to deliver balanced nutrition and lasting energy to athletes and active people who wish to challenge their limits and perform at their best.



Brian & Jennifer Maxwell

2150 Shattuck Avenue, Berkeley CA, 94704  Phone: (510) 843-1330  Fax: (510) 843-1446

**For more information call 800-58-POWER or visit www.powerbar.com**



**News From PowerBar.**

## PowerBar® History

1983 — World-ranked marathoner Brian Maxwell, tired of running out of energy, believed he needed more than an energy drink before training and racing. He began work with a Berkeley Ph.D. chemist and Jennifer Biddulph (B.S., food science, U.C. Berkeley, became Jennifer Maxwell in 1988) on a product.

1983-1986 — The partnership worked on combining food science concepts with research findings and the real world experiences of endurance athletes at the Western States 100-Mile Run and the Hawaii Ironman Triathlon.

1986 — The formulation was completed and Powerfood Inc. was founded. Malt-Nut and Chocolate PowerBar® energy bars were a big hit with the first American cycling team ever to ride in the Tour de France.

1987 — Fifty-thousand PowerBar® energy bars were made in a rented food processing plant and sold via mail order from Maxwell's basement. They were first sold at retail through bicycle stores.

1988 — Many American world-class cyclists and triathletes were using PowerBar® energy bars. PowerBar® was the official supplier to the U.S. Olympic Cycling Team.

1989 — Constrained by limits on the ability to make the product, the company opened its own plant dedicated to making PowerBar® energy bars. They were successfully introduced to the health food industry and general sporting goods stores. PowerBar® energy bars were also shipped to international markets for the first time.

1990 — Wild Berry was introduced and all three flavors were sold at gyms and health clubs.

1991 — PowerBar® made its first significant international sales.

1992 — PowerBar® energy bars were introduced to supermarkets, convenience and sports specialty stores. They were available in 26 countries.

1993 — Apple-Cinnamon was introduced.

1994 — The company opened a new production facility in Boise, Idaho. Two new flavors were introduced: Banana and Mocha. PowerBar Foods Canada Inc. was also established.

1995 — San Francisco 49ers quarterback Steve Young joined the PowerBar® team as a spokesperson.

1996 — The makers of PowerBar® introduced PowerGel™, a new energy source for serious athletes that delivers a quick energy boost during intense activity in a convenient and easily digestible gel form. Two new PowerBar® flavors were introduced: Oatmeal Raisin and Peanut Butter. PowerBite® multipacks containing 12 and 24 miniature PowerBar® energy bars were also made available. In addition, PowerBar® introduced a variety of merchandise items, including: cycling jersey, cap, t-shirt, socks and water bottle.

For more information contact:
Scott Sowry, Corporate Communications Director
Phone 510.665.2480  Fax 510.704.7228
2150 Shattuck Avenue, Berkeley, CA 94704
www.powerbar.com



ATHLETIC ENERGY FOOD.

# PowerBar

### ATHLETIC ENERGY FOOD

VOLUME 9
ISSUE 1
SPRING 1997

A Newsletter
About Optimum
Performance

# POWERBAR SOCCER STARS LEAD UNITED STATES

U.S. National Soccer Team Captain John Harkes continues to lead his PowerBar®-fueled team on their quest for a 1998 World Cup berth. The team will play a total of ten games over the next few months; three teams qualify from a field that includes Costa Rica, Mexico, Jamaica and Canada.

John ate PowerBar® energy bars before games and PowerGel® energy gel at halftime during a spectacular year that included winning the championship of the inaugural season of Major League Soccer with his DC United Club.

Olympic Gold Medalist Mia Hamm led her U.S. teammates to three wins in Australia in early March. Next up for the squad is this spring's Gold Victory Tour and Women's U.S. Cup. Rival teams from all over the world will journey to the U.S. to take on the "Golden Girls." Upcoming U.S. Women's Team games are: Chicago, IL -



May 4; San Jose, CA - May 9; Portland, OR - May 11, New Britain, CT - May 31; Ambler, PA - June 5; and Washington D.C. - June 8.

On Valentine's Day the people of Milwaukee gave a heart-felt welcome to the women's team when they came together for an important cause: to raise money for Mia's brother Garret, who has been diagnosed with Leukemia. The team donated proceeds from the benefit, including $500 from PowerBar®, to the Garrett Hamm fund and visited with hundreds of young soccer players in the Milwaukee area, offering tips and encouragement. ■

*In order to further support Mia Hamm in this cause, contributions may be sent to:*

## GARRETT HAMM FUND

Account #450534519
Union Square
Credit Union
P.O. Box 6007
Sheppard Air
Force Base,
TX, 76311

POWERBAR® IS PROUD TO SPONSOR US SOCCER

# "POWERFUL" DAY AT THE SEA OTTER

Wondering what the folks at PowerBar® have been up to this Spring? Riding our hearts (and lungs) out at the Sea Otter Classic in Monterey, California! PowerBar® fielded three teams to compete in this two-day mountain bike extravaganza. Team members ranging from first time racers to experts competed with an abundance of spirit and PowerGel®-induced energy. ■



# FROM THE EDITOR



About 20 years ago, I was out for a long run in the remote mountainous region of the Southwest and noticed some interesting cave and rock formations in a canyon. I took a breather and explored. On a ledge overlooking a beautiful valley near a spring, I came across a symbol carved in rock that stuck in my mind.

I finished the run feeling energized and invincible. No matter how hard I pushed, I could go faster. I later drew the symbol and had an amulet made from the rock of that area with the pattern of the carving. It became something of a talisman that I took with me on my travels to marathon races around the world.

Last fall, we started working on a new advertising campaign that would put some "fun" back into PowerBar® marketing. We also wanted a symbol for health, nutrition and energy. I brought out the amulet and the symbol — now known as "Ed the Energy Man" — "clicked" with everyone who saw it. People suggested that the concentric circles could be "health, nutrition and energy" or "high carbohydrates, medium protein, low fat."

PowerBar® fans will definitely be seeing more of Ed the Energy Man in the future. ■

*PowerBar® Co-Founder & President*

## PowerBar News




**Nutrition**
*by Jennifer Maxwell*

## CONFUSED ABOUT 40/30/30 DIETS?

If so, you're not alone. The catchy titles have spawned books and products, although nutrition experts give these high-protein diets a "thumbs-down."

PowerBar® energy bars are based on the nutrition needs of athletes and active consumers. Studies confirm that carbohydrates are the primary source of energy for peak performance and recovery. Many endurance athletes consume up to 65-70% of their daily calories as carbohydrates, especially in the days leading up to an event. PowerBar® energy bars provide 73% of calories from carbohydrates, 17% from protein and only 10% from fat.

The 40/30/30 diet suggests a ratio of 40% carbohydrates, 30% protein and 30% fat to "burn fat faster." This theory has been challenged as based on "unfounded ideas" and "an appalling oversimplification of complex physiological processes." Here are some claims made by proponents of 40/30/30 diets and the facts backed by scientific research that show these claims to be untrue.

**Claim:** Diets based on the 40/30/30 ratio burn calories more efficiently, resulting in achieving and maintaining a healthy weight.

**Fact:** Following the plans recommended in popular high protein diet books will result in weight loss only because they provide so few calories. Experts stress that the plans are too low in calories to provide the energy needed by most athletes or active people.

**Claim:** Fat is the primary source of energy for muscles.

**Fact:** Fat can be a source of energy, particularly at rest or low levels of activity. But during intense physical activity, carbohydrates stored as glycogen in muscles are the primary source of energy. More importantly, consuming carbohydrates after activities helps your body replenish glycogen stores. The 40/30/30 ratio does not provide enough carbohydrates in the long term to enable athletes to reach peak performance. Eating more fat does not help you burn fat better. But excess calories from fat can easily make you fatter.

**Claim:** More protein and fewer carbohydrates than are currently recommended improve athletic performance.

**Fact:** Did you know that experts recommend just 10-15% of your calories come from protein? This converts to approximately 63-95 grams/day for a 2,500-calorie diet. Studies have found that very active people need at most 1-1.5 grams of protein for each kilogram (2.2 pounds) of body weight. This converts to approximately 68-102 grams/day for a 150-pound person. That is not a lot. Most people usually eat more than that, even if they follow diets that are light on meat. Adding more protein is simply not necessary and it may even be harmful. Eating large amounts of protein on a regular basis requires that large amounts of nitrogen be eliminated from the body in conjunction with water and minerals like calcium. It fills your stomach, but can leave your muscles unfueled. On the other hand, athletes need a quick source of energy during an event and carbohydrates are the best source of this energy. Most experts recommend at least 50-60% of calories supplied by carbohydrates for people with average or sedentary activity levels. Many elite athletes consume up to 70% of calories from carbohydrates, especially in the days leading up to an event. Forty percent of calories from carbohydrates, as recommended in the 40/30/30 diet, can cut you short of the energy you need.

More information on how to make sense of the claims made for 40/30/30 and other fad diets is available from PowerBar®. For a copy of "Untangling Nutrition Claims" call 1-800-58-POWER or visit us at www.powerbar.com. Coming soon will be a joint statement on Physical Activity and Sports Nutrition endorsed by major organizations in the fields of fitness and nutrition. ∎

## POWERBAR® TEAMS IN BIG DANCE

A record number of college basketball teams that are officially "fueled by PowerBar®" qualified for the NCAA National Championships this year. Thirteen men's teams and ten women's teams used PowerBar® and PowerGel® before games and during practices in 1997, including the men's champion Arizona Wildcats.

Men's Division I teams fueled by PowerBar® included two #1 seeds (University of Kansas Jayhawks and University of Minnesota Gophers), a #2 seed (UCLA Bruins), a #3 (Wake Forest University Demon Deacons), a #4 (University of Arizona Wildcats), two #5's (University of California Golden Bears and University of Maryland Terrapins), a #7 (Marquette University Golden Eagles), a #9 (University of Colorado Buffaloes), a #9 (University of Virginia Cavaliers), a #10 (University of Texas Longhorns), a #11 (Illinois State University Redbirds) and a #12 (Boston University Terriers).

Women's PowerBar® teams qualifying for the championship included a #2 seed (Colorado Buffaloes), a #3 (University of Kansas Jayhawks), a #4 (University of Virginia Cavaliers), a #7 (University of Arizona Wildcats), two #9's (Maryland Terrapins, and University of Portland Pilots) a #10 (Kansas State University Wildcats), a #11 (University of San Francisco Dons), a #12 (DePaul University Blue Demons) and a #13 (U.C. Santa Barbara Gauchos). ∎

**CONGRATULATIONS TO ALL!**



catalog of real gear from real athletes

**NEW!**
**MERCHANDISE CATALOG**
**AVAILABLE JUNE 1, 1997**
PowerBar
**888.GEAR.4PB**

## PowerBar News

# IRELAND ON TWO WHEELS A DAY!

# LETTERS

**Dear PowerBar:** Hello, my name is Timothy J. Fitzmaurice. In the late 1800's or the early part of this century, my great grandfather, William Charles Fitzmaurice, completed a bicycle race from Fair Head (County Antrim) to Mizen Head (County Cork). This past June 28th, I set out to re-create a similar trip along the West Coast of Ireland.

Not knowing the exact north to south route of the original trip, I took some suggestions from my ninety-year-old grandfather, who was born in Inishannon and grew up in Waterford. Needless to say, he was very excited and proud that I was following his father's tracks!

I traveled alone with my GT Karakoram mountain bike and about 50 pounds of gear. I flew into Belfast, taking the train north to Portrush the first night. The next day I rode up to Ballycastle then to nearby Fair Head, the beginning goal of the journey.

My girlfriend, Kelly McMullen, joined me on July 16th at Kinsale in the south of Ireland. Together, we rode to Mizen Head, completing my second goal of the trip.







It was a fantastic, beautiful trip! Green rolling hills to huge jagged cliffs, great coastal views, countless miles of stone walls, creamy Guinness and festive music! There were many days when I would be miles from any town, facing huge hills and wind. and did not know where I would be sleeping that night. This is when a PowerBar was a real savior! Guinness gives you strength but a PowerBar gives you power! Thanks again, you guys! We really appreciated your help.

■ Tim & Kelly · Tivoli, NY

**IRELAND**

## OPTIMAL PERFORMER MARTIN IS Stars POWERBAR CONNECTION

Though he has what many might consider a dream job, PowerBar.'s Entertainment Marketing Manager Terry Martin never stops pushing himself.

"I get up at 3:30 every morning to train," says Terry. "If I waited until 6 or 6:30, my phone would start ringing and that would be it."

He stretches for half an hour, then straps on his Polar heart monitor and begins his workout. "I don't have time to spend hours training, so I go for intensity," says Terry. "I run four to six miles, since I don't have time for long runs, but I emphasize intensity. I start off hard, with the first mile under six minutes. Sometimes I run steady and sometimes I run surges, but I always keep my heart rate over 80% of my maximum."

Terry's also an avid mountain biker and was featured in a Sports Illustrated story about night racing last year. "A group of friends and I go out with lights in the evening on the trails of Mt. Baldy," he says. "The rides have become pretty intense, with some of the guys actually beating their daylight time while riding in the dark!"

Terry began working for PowerBar. in 1987, when the bars were being sold only from Brian and Jenny Maxwell's Berkeley apartment. "I was serious about my racing, interested in nutrition and always looking for an edge," he recalls. "I tried one bar and realized that this was not just hype; it worked! So I called Brian and something just clicked. Soon after, I started representing PowerBar. at races and after a few months, I quit my job as an auto mechanic to promote PowerBar. full time."

Today Terry works with Hollywood celebrities to help them optimize their performance and, when possible, promote his favorite product. "These people work incredibly hard," according to Terry. "There's a lot of glamour and hype, but they're in an incredibly intense business and you can't compete unless you're healthy, fit and ready to perform with positive energy. I help them do it, with nutrition advice, training tips and lots of PowerBar. and PowerGel.."

Recently, Terry has secured PowerBar. product placements on Baywatch, Pacific Blue, Grace Under Fire, Paramount's Volcano, Boy Meets World, Clueless, The Pauly Shore Show, The Jeff Foxworthy Show and The Grammy Awards, to name a few.

He has also been performing well himself, in various mountain bike, running and triathlon events around Southern California. Though he could pass for 35, Terry turned 50 in October and since then has raced to seven 1st place finishes and three 2nds in his age group. This included a personal best in the 5K at 16:28 -- three seconds faster than his old personal record, set 15 years ago.

How long can he go on? "Age is a state of mind," smiles Terry. "As long as it's fun, I'm going to keep at it. What better credibility is there for marketing a product than using it to win races?" ■



## Dear PowerBar:

I thought you would be interested in hearing a personal story in which a PowerBar helped save my life.

Last summer I was hiking alone in the Desolation Wilderness, California, an area in the Sierra Nevada mountain range. I reached my destination which was the upper Velma Lakes where I had lunch, which included a PowerBar. Upon returning to the trailhead, I lost the trail. Darkness and a summer storm approached. The temperature dropped precipitously. Luckily, I had the foresight to have taken with me a cellular phone as well as several (chocolate) PowerBars. I climbed the closest mountain to a clearing and called 911 which directed me to call the local rescue service. It was necessary that I write down several telephone numbers, however, I had no writing utensils and could not remember them all. Luckily, I did have another PowerBar with me. I molded the pieces of the PowerBar into numbers that I lay on a rock. After several calls back and forth to the El Dorado County, CA, Deputy Sheriff, a helicopter from the California Air Operations unit landed and whisked me away safely to the South Lake Tahoe Airport where my daughter picked me up. I am in very good shape but I am 60 years old and would not have survived the cold and wet for an entire night. Quite simply, if I did not have the PowerBars, both as an energy provider and as a writing utensil, I might have died. Since that time, whenever I go hiking, I remember to bring a pencil and extra PowerBars.

■ Leonard C. Rosen ·
Walnut Creek, CA

**PowerBar News**

# WOMEN'S CYCLING TEAM GEARS UP!



**TALENTED CYCLISTS "DISCOVERED" ON CYBER BIKE CHALLENGE!**

The first PowerBar® Women's Cycling Training Camp took place recently in Newport Beach, CA. The camp was held to get the PowerBar Women's Cycling Team geared up for the new season and check out riders found through the PowerBar® Cyber Bike Challenge Scouting Program.



The scouting program is part of the Cyber Bike Challenge, a 22-foot trailer equipped with GT bikes and computerized trainer systems, on which participants take rides on simulated courses. The Cyber Bike travels the United States and Canada attending major events, festivals and colleges. Riders showing promise through their performance are put in touch with local PowerBar® farm teams and a select few are chosen for the PowerBar® Training Camp.

Three talented new cyclists, all "discovered" on the Cyber Bike Challenge, attended this year's camp: these exceptional riders are Emily Hamilton and Erika Nelson-Wong from Colorado and Hannah Connant of Vermont. Hannah, a competitive rower, was selected for the camp due to her extraordinary performance on the Cyber Bike in Philadelphia last year. Before being selected to attend the camp, Hannah had never thought of herself as a cyclist and didn't even own a bicycle.

PowerBar® Team members Heather Albert, Brenda Brashears, Kim Erdoes, Tina Mayolo, Sara Wilhoit and Missy Thompson also attended the camp which logged over 500 miles and included meetings on technique, strategy and tactics. Camp results were excellent as Thompson, the top ranked women sprinter in the country, just won her first Senior title in San Diego at the EDS Cup. Brashears competed in the velodrome racing and finished a very credible eighth.

Watch for more on the performance of the team in upcoming issues of PowerBar News. Also, check out the Cyber Bike Challenge schedule on the PowerBar website at www.powerbar.com, so you too can come ride the Cyber Bike and try out for the scouting program. ■

# www.powerbar.com
## www.powerbar.com

It's no surprise that the world wide web is changing faster than Brian Maxwell runs a marathon. So after only one short year, we are redesigning our award winning website.

The new site sports an all new look. If you've seen our latest advertising you'll recognize the colorful, playful style and the addition of our new friend –"Ed the Energy Man."

In addition, www.powerbar.com will offer more interactivity, more sports, more athletes, and more information about PowerBar® products. New features include our Catalog of *"Real Gear from Real Athletes,"* a visitors' photo gallery and the monthly "Tales of Optimum Performance" give-away.

Stop by, say "Hi" and leave your mark on the web. ■

web report . web report . web report . web report . web report . web report

# D. R.T.
## GRANT PROGRAM
### WILL SUPPORT RIVERS & TRAILS



Company founder and president Brian Maxwell kicked off the PowerBar® D.I.R.T. (Direct Impact on Rivers and Trails) Grant Program at the Napa Valley Mountain Bike World Cup in Skyline Park, CA on April 6. Maxwell presented the grant to Skyline Park to upgrade their water system.

The nationwide outdoor recreational grant program supports people and organizations that are directly working to preserve outdoor areas for recreational use.

"PowerBar® wants to help protect, preserve and restore lands and rivers for responsible recreational enjoyment," said Maxwell in announcing the program. "Our goal is to ensure that no one runs out of trail before they run out of energy."

PowerBar® intends to assist in efforts to create, enhance and maintain access to important local recreational areas. Some of the efforts could include the support of citizen outreach for hearings on the use or preservation of land and rivers.

Grants will range from $2,000 – $5,000. This year's application deadlines are June 6, 1997 (grant date: July 25) and September 26, 1997 (grant date: November 14). Applications are available at your local outdoor retailers and on our PowerBar® website at www.powerbar.com.



©1997 Powerfood Inc. 800-58-POWER (in Canada: 800-500-5634)
♲ printed on recycled paper



# QUESTIONS & ANSWERS

**Q:** Why should I choose PowerBar₅ energy bar?

**A:** PowerBar₅ is performance fuel that delivers _sustained energy_. Low fat and highly nutritious, it's the original energy bar—the one athletes and active people have relied on as _part of their balanced diet_ for ten years.

**Q:** How can PowerBar₅ help my performance?

**A:** PowerBar₅ provides _complete nutrition_ for long-lasting energy: a balance of simple and complex carbohydrates, high quality protein, fiber, and 16 vitamins and minerals for energy production.

**Q:** When can I use PowerBar₅?

**A:** Before, during or after a workout—or anytime you want to maintain a _consistent energy level_ and _replenish your body's energy stores_ as they're being used.

## For Energy on Demand...



©1996 Powerfood, Inc.  1-800-58-POWER  (In Canada: 800-500-5634)  www.powerbar.com

JS-44
Rev. 11/95)

## CIVIL COVER SHEET

he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required
 law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use
 the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| R*NUTRITION, INC., a California orporation | POWERBAR INC., a California corporation |

**FILED**

**98 JUN -1  AM 10: 46**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF SAN DIEGO | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Alameda |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)  DEPUTY |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| tephanie Sontag<br>rocopio, Cory, Hargreaves & Savitch<br>30 "B" Street, Suite 2100<br>an Diego, CA 92101 | '98 CV 1016 R   (JFS) |

| I. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) |
|---|---|

(For Diversity Cases Only)

| | | | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|---|
| ⬜ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question (U.S. Government Not a Party) | Citizen of This State | ⬜ 1 | ⬜ 1 | Incorporated or Principal Place of Business in this State | ⬜ 4 | ⬜ 4 |
| ⬜ 2 | U.S. Government Defendant | ⬜ 4 | Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ⬜ 2 | ⬜ 2 | Incorporated and Principal Place of Business in Another State | ⬜ 5 | ⬜ 5 |
| | | | | Citizen or Subject of a Foreign Country | ⬜ 3 | ⬜ 3 | Foreign Nation | ⬜ 6 | ⬜ 6 |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

| ☒ 1 Original Proceeding | ⬜ 2 Removed from State Court | ⬜ 3 Remanded from Appellate Court | ⬜ 4 Reinstated or Reopened | ⬜ 5 Transferred from another district (specify) | ⬜ 6 Multidistrict Litigation | ⬜ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

### I. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ⬜ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ⬜ 610 Agriculture | ⬜ 422 Appeal 28 USC 158 | ⬜ 400 State Reapportionment |
| ⬜ 120 Marine | ⬜ 310 Airplane | ⬜ 362 Personal Injury- Med Malpractice | ⬜ 620 Other Food & Drug | ⬜ 423 Withdrawal 28 USC 157 | ⬜ 410 Antitrust |
| ⬜ 130 Miller Act | ⬜ 315 Airplane Product Liability | ⬜ 365 Personal Injury- Product Liability | ⬜ 625 Drug Related Seizure of Property 21 USC 881 | | ⬜ 430 Banks and Banking |
| ⬜ 140 Negotiable Instrument | ⬜ 320 Assault, Libel & Slander | ⬜ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ⬜ 450 Commerce/ICC Rates/etc |
| ⬜ 150 Recovery of Overpayment & Enforcement of Judgment | ⬜ 330 Federal Employers' Liability | | ⬜ 630 Liquor Laws | ⬜ 820 Copyrights | ⬜ 460 Deportation |
| ⬜ 151 Medicare Act | ⬜ 340 Marine | **PERSONAL PROPERTY** | ⬜ 640 R.R. & Truck | ⬜ 830 Patent | ⬜ 470 Racketeer Influenced and Corrupt Organizations |
| ⬜ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ⬜ 345 Marine Product Liability | ⬜ 370 Other Fraud | ⬜ 650 Airline Regs | ⬜ 840 Trademark | ⬜ 810 Selective Service |
| ⬜ 153 Recovery of Overpayment of Veteran's Benefits | ⬜ 350 Motor Vehicle | ⬜ 371 Truth in Lending | ⬜ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ⬜ 850 Securities/Commodities/ Exchange |
| ⬜ 160 Stockholders' Suits | ⬜ 355 Motor Vehicle Product Liability | ⬜ 380 Other Personal Property Damage | ⬜ 690 Other | ⬜ 861 HIA (1395ff) | ⬜ 875 Customer Challenge 12 USC 3410 |
| ⬜ 190 Other Contract | ⬜ 360 Other Personal Injury | ⬜ 385 Property Damage Product Liability | **LABOR** | ⬜ 862 Black Lung (923) | ⬜ 891 Agricultural Acts |
| ⬜ 195 Contract Product Liability | | | ⬜ 710 Fair Labor Standards Act | ⬜ 863 DIWC/DIWW (405(g)) | ⬜ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ⬜ 720 Labor/Mgmt. Relations | ⬜ 864 SSID Title XVI | ⬜ 893 Environmental Matters |
| ⬜ 210 Land Condemnation | ⬜ 441 Voting | ⬜ 510 Motions to Vacate Sentence | ⬜ 730 Labor/Mgmt. Reporting & Disclosure Act | ⬜ 865 RSI (405(g)) | ⬜ 894 Energy Allocation Act |
| ⬜ 220 Foreclosure | ⬜ 442 Employment | Habeas Corpus | ⬜ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ⬜ 895 Freedom of Information Act |
| ⬜ 230 Rent Lease & Ejectment | ⬜ 443 Housing/ Accommodations | ⬜ 530 General | ⬜ 790 Other Labor Litigation | ⬜ 870 Taxes (U.S. Plaintiff or Defendant) | ⬜ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ⬜ 240 Torts to Land | ⬜ 444 Welfare | ⬜ 535 Death Penalty | ⬜ 791 Empl. Ret. Inc. Security Act | ⬜ 871 IRS - Third Party 26 USC 7609 | ⬜ 950 Constitutionality of State Statutes |
| ⬜ 245 Tort Product Liability | ⬜ 440 Other Civil Rights | ⬜ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ⬜ 290 All Other Real Property | | ⬜ 550 Civil Rights | | | |

### I. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)   15 U.S.C. 1121, 1125(a)

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION ⬜ UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND: ☒ YES ⬜ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE 5/29/98 | SIGNATURE OF ATTORNEY OF RECORD  _Stephanie Sontag_ |
|---|---|

FOR OFFICE USE ONLY

RECEIPT # 57067   AMOUNT $150   APPLYING IPP ____   JUDGE ____   MAG. JUDGE ____

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98cv1016R(JFS) | DATE FILED<br>6/1/98 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>PR*Nutrition, Inc., a California corporation | | DEFENDANT<br><br>Powerbar Inc., a California corporation3 |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1   See Attachments | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO: **Commissioner of Patents and Trademarks Washington, D.C. 20231** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. 98cv1016R(JFS) | DATE FILED 6/1/98 | U.S. DISTRICT COURT United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF PR*Nutrition, Inc., a California corporation | | DEFENDANT Powerbar Inc., a California corporation3 |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1  See Attachments | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98cv1016R(JFS) | DATE FILED<br>6/1/98 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>PR*Nutrition, Inc., a California corporation | | DEFENDANT<br><br>Powerbar Inc., a California corporation3 |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1   See Attachments | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy