USDC SCAN INDEX SHEET

















```
BAR    6/25/98    9:14
3:98-CV-01016   PR NUTRITION INC V. POWERBAR INC
*5*
*M.*
```



1  LENARD G. WEISS (State Bar No. 34039)
   ROBERT B. MISON (State Bar No. 160816)
2  STEEFEL, LEVITT & WEISS
   A Professional Corporation
3  One Embarcadero Center, 30th Floor
   San Francisco, California 94111
4  Telephone: (415) 788-0900

5  Attorneys for Defendant and Counterclaimant
   POWERBAR, INC.

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 PR*NUTRITION, INC., a California          CASE NO. 98 CV 1016R (JFS)
   corporation,
12                                           DEFENDANT AND COUNTERCLAIMANT
                      Plaintiff,             POWERBAR, INC.'S NOTICE OF MOTION AND
13                                           MOTION FOR PRELIMINARY INJUNCTION
      v.
14                                           Date:       August 17, 1998
   POWERBAR, INC., a California              Time:       10:30 a.m.
15 corporation,                              Courtroom.: 5
                                             The Honorable John S. Rhoades
16                    Defendant.

17
   POWERBAR, INC., a California
18 corporation,

19                    Counterclaimant,

20    v.

21 PR*NUTRITION, INC., a California
   corporation,
22
                      Counterdefendant.
23

24 TO PLAINTIFF AND COUNTERDEFENDANT PR*NUTRITION, INC. AND ITS
   ATTORNEYS OF RECORD:
25

26         PLEASE TAKE NOTICE that on Monday, August 17, 1998 at 10:30 a.m., or as

27 soon thereafter as the matter may be heard before The Honorable John S. Rhoades in

28 Courtroom 5, or any judge sitting in his stead, in the United States District Court for the Southern

DEFENDANT AND COUNTERCLAIMANT POWERBAR, INC.'S NOTICE OF MOTION
AND MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 98 CV 1016R (JFS))                    Page 1

District of California, located at 940 Front Street, San Diego, California, Defendant and Counterclaimant PowerBar, Inc. ("PowerBar") will, and hereby moves for an order for a preliminary injunction pursuant to Rule 65 Federal Rule of Civil Procedure restraining and enjoining you, your officers, agents, servants, employees and attorneys, and all those in active concert or participation with you or them from representing, in any manner, expressly or by implication, that:

    (a)    The PR*Bar and 40/30/30 Nutrition Program "help you burn stored body fat by moderating carbohydrate intake";

    (b)    "The ratio of calories from carbohydrate, proteins, and fats in the PR*Bar and 40/30/30 Nutrition Program will enhance your body's ability to store less fat, give you a leaner look, and provide more endurance and energy";

    (c)    "[T]he 40/30/30 program can help you burn fat while increasing your endurance and speed";

    (d)    "The 40/30/30 Perfect Ratio of carbohydrates, proteins, and fats will help your body burn fat and sustain energy while you work out";

    (e)    PR*Bar and 40/30/30 Nutrition Program "access your fat stores and limit additional storage of fat";

    (f)    "The PR*Ironman Triathlon Bar is specially formulated to help you burn stored body fat for energy while you run"; and,

    (g)    "The PR*Bar is a convenient way to ensure that your body will burn fat."

This motion will be made on the grounds that PowerBar will likely succeed on the merits and that there is a possibility of irreparable injury unless the activities described above are enjoined pending trial of this action. The motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, Appendix of Federal Trade Commission Orders, the Declarations of Ann M. Coulston, Frank Higgins and Robert B. Mison

1  filed and served concurrently herewith, the complete records and files of this action and any
2  additional evidence and argument submitted at or prior to the hearing on this matter.

Date: June 22, 1998

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: _____
Robert B. Mison
Attorneys for Defendant and Counterclaimant
POWERBAR, INC.

11645:53032.1

DEFENDANT AND COUNTERCLAIMANT POWERBAR, INC.'S NOTICE OF MOTION
AND MOTION FOR PRELIMINARY INJUNCTION (CASE NO. 98 CV 1016R (JFS))    Page 3

LENARD G. WEISS (State Bar No. 34039)
ROBERT B. MISON (State Bar No. 160816)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 788-0900

Attorneys for Defendant and Counterclaimant
POWERBAR, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PR*NUTRITION, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>POWERBAR, INC., a California corporation,<br><br>    Defendant.<br><br>POWERBAR, INC., a California corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>PR*NUTRITION, INC., a California corporation,<br><br>    Counterdefendant. | CASE NO. 98 CV 1016R (JFS)<br><br>**PROOF OF SERVICE**<br><br>Date:    August 17, 1998<br>Time:    10:30 a.m.<br>Courtroom: 5<br>The Honorable John S. Rhoades |

    I, Patricia A. Rivera declare as follows:

    I am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and not a party to the within cause; my business address is STEEFEL,

1  LEVITT & WEISS, One Embarcadero Center, 30th Floor, San Francisco, California 94111. On
2  June 22, 1998, I served the within:

3  DEFENDANT AND COUNTERCLAIMANT POWERBAR, INC.'S NOTICE OF MOTION AND
   MOTION FOR PRELIMINARY INJUNCTION
4
5  DEFENDANT AND COUNTERCLAIMANT POWERBAR, INC.'S MEMORANDUM OF
   POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

6  DECLARATION OF FRANK HIGGINS IN SUPPORT OF DEFENDANT AND COUNTER-
   CLAIMANT POWERBAR, INC.'S MOTION FOR PRELIMINARY INJUNCTION
7
8  DECLARATION OF ANN M. COULSTON IN SUPPORT OF DEFENDANT AND COUNTER-
   CLAIMANT POWERBAR, INC.'S MOTION FOR PRELIMINARY INJUNCTION

9  DECLARATION OF ROBERT B. MISON IN SUPPORT OF DEFENDANT AND COUNTER-
   CLAIMANT POWERBAR, INC.'S MOTION FOR PRELIMINARY INJUNCTION
10
11 APPENDIX OF THE FEDERAL TRADE COMMISSION ORDERS IN SUPPORT OF
   POWERBAR, INC.'S MOTION FOR PRELIMINARY INJUNCTION

12 on the interested parties in this action by placing a true copy thereof in a sealed envelope,
13 addressed as follows:

14
15  Stephanie Sontag
    Procopio, Cory, Hargreaves & Savitch
16  LLP
    530 B Street, Suite 2100
17  San Diego, CA  92101

18  ☒  (BY OVERNIGHT MAIL) By placing such envelope, for collection and
       mailing at Steefel, Levitt & Weiss, San Francisco, California following
19     ordinary business practice. I am readily familiar with the practice of Steefel,
       Levitt & Weiss for collection and processing of overnight service mailings, said
20     practice being that in the ordinary course of business, correspondence is
       deposited with the overnight messenger service Federal Express for delivery as
21     addressed.

PROOF OF SERVICE (No. 98 CV 1016R (JFS))                                              Page 2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 1998, at San Francisco, California.

_____
Patricia A. Rivera

11645:53430.1

PROOF OF SERVICE (No. 98 CV 1016R (JFS))                                                                Page 3